IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

United States of America,  ) Case / Citation No. _____
             Plaintiff,    )
                           ) DEFENDANT'S REQUEST AND
vs.                        ) WAIVER OF APPEARANCE
Lelana Paxson              )
             Defendant.    )

Defendant hereby requests a Court Order waiving his/her appearance at his/her _____ Hearing scheduled for MON. FEB 12th at 8:30 A.M. Defendant resides in ROSAMOND, CALIF and it would be a financial hardship for him/her to travel to BAKERSFIELD, California for the scheduled hearing. For this reason, it is in the interest of justice to permit to waive his/her presence at the upcoming _____ Hearing.

Defendant hereby waives his/her presence at the _____ hearing on MON. FEB 12th at 8:30 .m. and requests the Court to proceed during his/her absence and agrees that his/her interest will be deemed the same as if he/she were personally present. This request is made pursuant to Fed. R. Crim. P. 43 (b)(2).

Dated: 02/08/07

_____
Defendant's (Signature)

_____
Defendant's Counsel (Print and Sign)

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the defendant's appearance may be waived on 2/12, 2007.

Dated: 2/12/2007

_____
THERESA A. GOLDNER
U.S. Magistrate Judge