IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

United States of America,

    Plaintiff,

vs.

Leland Parson

    Defendant.

Case / Citation No. 5-07-mj-00001-TAG

DEFENDANT'S REQUEST AND WAIVER OF APPEARANCE

Defendant hereby requests a Court Order waiving his/her appearance at his/her _Status_ Hearing scheduled for _4-10-07_ at _9:00 a_.m. Defendant resides in _ROSAMOND, CA_ and it would be a financial hardship for him/her to travel to _BAKERSFIELD_, California for the scheduled hearing. For this reason, it is in the interest of justice to permit to waive his/her presence at the upcoming _Status_ Hearing.

Defendant hereby waives his/her presence at the _Status_ hearing on _4-10-07_ at _9:00 a_.m. and requests the Court to proceed during his/her absence and agrees that his/her interest will be deemed the same as if he/she were personally present. This request is made pursuant to Fed. R. Crim. P. 43 (b)(2).

Dated: 04/05/07

Defendant's Signature

Defendant's Counsel (Print and Sign)

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the defendant's appearance may be waived on _April 10_, 2007.

Dated: 4/10/2007

THERESA A. GOLDNER
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

United States of America,  
    Plaintiff,  
vs.  
Leland Paxson  
    Defendant.

Case / Citation No. 5:07-mj-00001TAG

DEFENDANT'S REQUEST AND WAIVER OF APPEARANCE

Defendant hereby requests a Court Order waiving his/her appearance at his/her _Status_ Hearing scheduled for 3-26-07 at _____ .m. Defendant resides in ROSAMOND, CA and it would be a financial hardship for him/her to travel to BAKERSFIELD, California for the scheduled hearing. For this reason, it is in the interest of justice to permit to waive his/her presence at the upcoming _Status_ Hearing.

Defendant hereby waives his/her presence at the _____ hearing on 3-26-07 at _____ .m. and requests the Court to proceed during his/her absence and agrees that his/her interest will be deemed the same as if he/she were personally present. This request is made pursuant to Fed. R. Crim. P. 43 (b)(2).

Dated: 09-04-10

_[signature]_  
Defendant's (Signature)

_[signature]_  
Defendant's Counsel (Print and Sign)

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the defendant's appearance may be waived on March 26, 2007.

Dated: 4/16/2007

_[signature]_  
THERESA A. GOLDNER  
U.S. Magistrate Judge

1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

United States of America,  
    Plaintiff,  
vs.  
Leland Paxson  
    Defendant.

Case / Citation No. 5-07-mj-00001-TAG

DEFENDANT'S REQUEST AND WAIVER OF APPEARANCE

Defendant hereby requests a Court Order waiving his/her appearance at his/her __Status__ Hearing scheduled for __3-19-07__ at __9:00__ .m. Defendant resides in __ROSAMOND, CA__ and it would be a financial hardship for him/her to travel to __BAKERSFIELD__, California for the scheduled hearing. For this reason, it is in the interest of justice to permit to waive his/her presence at the upcoming __Status__ Hearing.

Defendant hereby waives his/her presence at the __Status__ hearing on __3-19-07__ at __9:00__ .m. and requests the Court to proceed during his/her absence and agrees that his/her interest will be deemed the same as if he/she were personally present. This request is made pursuant to Fed. R. Crim. P. 43 (b)(2).

Dated: 0/-04-10

_(Defendant's Signature)_

Greg _____  
Defendant's Counsel (Print and Sign)

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the defendant's appearance may be waived on __March 19__, 2007.

Dated: 4/16/2007

THERESA A. GOLDNER  
U.S. Magistrate Judge

1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

United States of America,

    Plaintiff,

vs.

Leland Paxson

    Defendant.

Case / Citation No. 5:07-mj-00001 TAG

DEFENDANT'S REQUEST AND WAIVER OF APPEARANCE

Defendant hereby requests a Court Order waiving his/her appearance at his/her _Status_ Hearing scheduled for _3-12-07_ at _____.m. Defendant resides in _ROSAMOND, CA_ and it would be a financial hardship for him/her to travel to _BAKERSFIELD_, California for the scheduled hearing. For this reason, it is in the interest of justice to permit to waive his/her presence at the upcoming _Status_ Hearing.

Defendant hereby waives his/her presence at the _Status_ hearing on _3-12-07_ at _9:00_.m. and requests the Court to proceed during his/her absence and agrees that his/her interest will be deemed the same as if he/she were personally present. This request is made pursuant to Fed. R. Crim. P. 43 (b)(2).

Dated: 04-04-7C

_____
Defendant's (Signature)

_____
Defendant's Counsel (Print and Sign)

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the defendant's appearance may be waived on _March 12_, 2007.

Dated: 4/16/2007

_____
THERESA A. GOLDNER
U.S. Magistrate Judge

1