1  LAW OFFICE OF GREGORY H. MITTS
   1309 L STREET
2  BAKERSFIELD, CA.  93301
   CAL. STATE BAR NO. 71981
3  TEL: (661) 323-0789
   FAX: (661) 323-5514
4  ATTORNEY FOR DEFENDANT
   LELAND J. PAXSON
5

6                  UNITED STATES DISTRICT COURT

7                  EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,        Case No.: 5:07-mj-00001 TAG

10         Plaintiff,                STIPULATION TO CONTINUE STATUS
                                     CONFERENCE HEARING; AND PROPOSED
11     vs.                           ORDER MOTION

12  LELAND J. PAXSON,                DATE: 04-10-07
                                     TIME: 9:00 a.m.
13         Defendant                 Judge: Hon. Theresa Goldner

14 ─────────────────────────────────────────────────────────

15     IT IS HEREBY STIPULATED by and between hereto, and through

16  their respective counsel of record, that the Status Conference

17  Hearing, currently set for April 10, 2007, may be continued to

18  April 24, 2007.

19     The grounds for the continuance are plea negotiations.

20     The parties agree that the delay resulting from the

21  continuance shall be excluded in the interests of justice,

22  including, but not limited to, the need for the period of time

23  set forth therein for effective defense

24  ///

25  ///


                        STIPULATION TO CONTINUE - 1

1 preparation, pursuant to 1861 U.S.C. 3161(h)(8)(A).

2

3 DATED **04/16/07**

4

5

6 GREGORY H. MITTS
ATTORNEY FOR DEFENDANT
LELAND J. PAXSON

7

8 DARRIN K. JOHNS
ASSISTANT U.S. ATTORNEY
9 ATTORNEY FOR THE PLAINTIFF

10

11 IT IS SO ORDERED. Time is excluded in the interests of
12 justice, pursuant to 1861 U.S.C. 3161(h)(8)(A).

13

14 DATED: **4/16/2007**

15

16

17 THE HON. THERESA GOLDNER
ASSIST. SPEC. U.S. ATTORNEY

18

19

20

21

22

23

24

25

STIPULATION TO CONTINUE - 2